**Carl H. Starrett II, Esq.    CSBN.  167822**
LAW OFFICES OF CARL H. STARRETT II
1941-C Friendship Drive
El Cajon, California 92020-1144
Telephone:     (619) 448-2129
Facsimile:     (619) 448-3036

Attorney for Defendants DAVID PIMENTEL, JR. and ESTRELLA S. MEJIA-PIMENTEL

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 12-16535-LA7 |
| DAVID PIMENTEL, JR. and ESTRELLA S. MEJIA-PIMENTEL, | Adv. No. 13-90234-LA |
| Debtors. | **ANSWER TO FIRST AMENDED COMPLAINT** |
| LETICIA MEJIA, | |
| Plaintiff, | |
| v. | |
| DAVID PIMENTEL, JR. and ESTRELLA S. MEJIA-PIMENTEL, | |
| Defendants. | |

Defendants DAVID PIMENTEL, JR. and ESTRELLA S. MEJIA-PIMENTEL (collectively "Defendants"), in answer to Plaintiff's Complaint on file herein, admit, deny and allege as follows:

1. Answering Paragraph 1, these answering Defendants admit the allegations therein contained.

2. Answering Paragraph 2, these answering Defendants admit the allegations therein contained.

**ANSWER TO FIRST AMENDED COMPLAINT**
1

3. Answering Paragraph 3, these answering Defendants admit the allegations therein contained.

4. Answering Paragraph 4, these answering Defendants admit the allegations therein contained.

5. Answering Paragraph 5, these answering Defendants admit the allegations therein contained.

6. Answering Paragraph 6, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

7. Answering Paragraph 7, these answering Defendants contend that Plaintiff has not correctly stated the holding of the Beezley case.

8. Answering Paragraph 8, these answering Defendants admit the allegations therein contained.

9. Answering Paragraph 9, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

10. Answering Paragraph 10, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

11. Answering Paragraph 11, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

12. Answering Paragraph 12, these answering Defendants admit the allegations therein contained.

13. Answering Paragraph 13, these answering Defendants admit the Plaintiff has accurately stated her ownership interest in the property. However, Defendants do not claim an ownership interest in the Sherbourne Property.

14. Answering Paragraph 14, these answering Defendants admit the Plaintiff has accurately stated her ownership interest in the property. However, Defendants do not claim an ownership interest in the Sherbourne Property and thus deny being cotenants with Plaintiff.

15. Answering Paragraph 15, these answering Defendants deny, generally and specifically, each and every allegation set forth therein. Defendants further allege the Court has already ruled that Plaintiff cannot recover legal fees in this action. See Docket No. 17.

16. Answering Paragraph 16, these answering Defendants deny, generally and specifically, each and every allegation set forth therein. Defendants further allege the Court has already ruled that Plaintiff cannot recover legal fees in this action. See Docket No. 17.

17. Answering Paragraph 17, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

18. Answering Paragraph 18, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

19. Answering Paragraph 19, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

20. Answering Paragraph 20, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein. Plaintiff's allegations are also vague and ambiguous, lacking specificity with respect to time and terms of the alleged agreement.

21. Answering Paragraph 21, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

22. Answering Paragraph 22, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

23. Answering Paragraph 23, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

24. Answering Paragraph 24, these answering Defendants admit that Plaintiff has accurately recited the information from their Statement of Financial Affairs. However, Defendants deny receiving any income beyond what was stated in their Petition, Statements and Schedules.

25. Answering Paragraph 25, these answering Defendants admit that ESTRELLA S. MEJIA-PIMENTEL transferred her interest in the Sherbourne Property to avoid further hassle

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

and harassment by Plaintiff with respect to the management and control of the subject property. The transfer was fully and accurately disclosed to the Chapter 7 trustee. Defendants deny, generally and specifically, each and every remaining allegation set forth therein.

26. Answering Paragraph 26, these answering Defendants admit the allegations therein contained.

27. Answering Paragraph 27, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

28. Answering Paragraph 28, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

29. Answering Paragraph 29, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

30. Answering Paragraph 30, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

31. Answering Paragraph 31, these answering Defendants reallege and incorporate by reference as set out in full the answers to the allegations contained in Paragraphs 1 through 30 of the Complaint hereinabove.

32. Answering Paragraph 32, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

33. Answering Paragraph 33, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

34. Answering Paragraph 34, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

35. Answering Paragraph 35, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

36. Answering Paragraph 36, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

37. Answering Paragraph 37, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

**ANSWER TO FIRST AMENDED COMPLAINT**
4

38. Answering Paragraph 38, these answering Defendants admit that Plaintiff was not listed as a creditor. Defendants lack sufficient information and belief and on that basis deny, generally and specifically, each and every remaining allegation set forth therein.

39. Answering Paragraph 39, these answering Defendants reallege and incorporate by reference as set out in full the answers to the allegations contained in Paragraphs 1 through 38 of the Complaint hereinabove.

40. Answering Paragraph 40, these answering Defendants admit that Plaintiff has a partial ownership interest in the subject property. Defendants lack sufficient information and belief and on that basis deny, generally and specifically, each and every remaining allegation set forth therein.

41. Answering Paragraph 41, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

42. Answering Paragraph 42, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

43. Answering Paragraph 43, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

44. Answering Paragraph 44, these answering Defendants deny, generally and specifically, each and every allegation set forth therein.

45. Answering Paragraph 45, these answering Defendants lack sufficient information and belief and on that basis deny the allegations set forth therein.

**FIRST AFFIRMATIVE DEFENSE**

Defendants allege that the adversary complaint was not filed with substantial justification in that Plaintiff did not conduct an adequate investigation into the merits of Defendants' Chapter 7 filing.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff fails to state a cause of action pursuant to 11 U.S.C. §§ 523(a)(6) & (a)(2) against Defendants that they should be denied a discharge of this debt.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

### THIRD AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereupon allege that they have performed and fully discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

### FOURTH AFFIRMATIVE DEFENSE

These answering Defendants are informed and believe, and based thereon allege that the complaint herein is barred either totally or partially by the Doctrine of Laches.

### FIFTH AFFIRMATIVE DEFENSE

These answering Defendants are informed and believe, and thereon allege, that Plaintiff's conduct relative to these Defendants and the relationship between Plaintiff and these answering Defendants was such as to bring this claim with unclean hands and as such claimant is estopped from asserting or has voluntarily and expressly waived any claim for damages or the seeking of any other relief against these answering Defendants.

### SIXTH AFFIRMATIVE DEFENSE

On information and belief these answering defendants allege that Plaintiff failed to exercise reasonable and ordinary care, caution or prudence for her own safety and protection of her property in order to avoid the alleged incident. The resulting injuries and damages, if any, sustained by Plaintiff were proximately caused and contributed to by the negligence of the Plaintiff herein.

### SEVENTH AFFIRMATIVE DEFENSE

These answering defendants are informed and believe and thereon allege that any and all injuries and damages sustained by Plaintiff, if any, were the result of an act of God and not the result of any negligence or wrongful acts on the part of Defendants and that, therefore, Defendants are in no way responsible for the alleged damages or injuries.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

## EIGHTH AFFIRMATIVE DEFENSE

Defendants are informed and believe, and on that basis allege, that Plaintiff's Complaint and each purported cause of action thereunder is barred by virtue of Plaintiff's failure to mitigate her damages.

## NINTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereon allege, that Plaintiff did not exercise due caution or care with respect to the matters alleged in the Complaint and that Plaintiff has been damaged, if at all, in whole or in part, by virtue of her own acts and omissions and the acts and omissions of Plaintiff's agents and employees and, to that extent, the damages as alleged, if any, must be barred or reduced in whole or in part, according to proof thereof.

## TENTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereon allege that Plaintiff's recovery is barred as a result of the conduct of Plaintiff, which constitutes knowing and intentional relinquishment of damages, if any, against Defendants.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereon allege that any purported damages allegedly caused by Defendants, which are both generally and specifically denied, are subject to a setoff either partially or in the full amount of Plaintiff's purported damages.

## TWELFTH AFFIRMATIVE DEFENSE

Defendants are informed and believe and thereupon allege that they have performed and fully discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

While denying any liability whatsoever for the alleged breaches, damages, or injuries alleged in the Complaint, these answering Defendants are informed and believe and thereon allege that Plaintiff, by and through her agents, representatives, employees, and servants, authorized, consented to and ratified all actions by these answering Defendants, thus excusing the performance of any purported obligation of these answering Defendants.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

**FOURTEENTH AFFIRMATIVE DEFENSE**

These answering Defendants are informed and believe, and thereon allege, that Plaintiff's conduct relative to these Defendants and the relationship between Plaintiff and these answering Defendants was such as to bring this claim with unclean hands and as such claimant is estopped from asserting or has voluntarily and expressly waived any claim for damages or the seeking of any other relief against these answering Defendants.

**FIFTEENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed and believe and thereon allege that the damages which plaintiff complains were proximately caused or contributed to by the acts of defendants, were caused by acts of other persons and/or entities which were intervening, supervening, and superseding causes of plaintiff's alleged injuries and damages, if any, thus barring Plaintiff from any recovery against these answering defendants.

**SIXTEENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed and believe and thereon allege that Plaintiff's damages, if any, will paid from the pending sale of the subject property and that this action should be stayed accordingly to avoid unnecessarily legal expenses.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed and believe and thereon allege that Plaintiff was not actually harmed by these answering defendants' alleged conduct, and such entry/conduct was not a substantial factor in causing Plaintiff's alleged harm.

**EIGHTTEENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed and believe and thereon allege that plaintiff has consented and/or acquiesced to the acts complained of in her complaint.

**NINETEENTH AFFIRMATIVE DEFENSE**

These answering defendants are informed and believe and thereon allege that at all times alleged in Plaintiff's complaint, these answering defendants were exercising their legal rights to protect their economic interests and wellbeing, in a lawful manner consistent with community standards, and with a good faith belief that they had a legal right to engage in such conduct.

Carl H. Starrett II, Esq.
1941-C Friendship Drive
El Cajon, California 92020
Telephone: (619) 448-2129
Facsimile: (619) 448-3036

## **TWENTIETH AFFIRMATIVE DEFENSE**

These answering Defendants allege that they have insufficient knowledge or information upon which to form a belief as to whether they may have available additional, as yet unstated, defenses. These answering Defendants hereby reserve the right to assert these additional affirmative defenses in the event discovery indicates such would be appropriate.

**WHEREFORE,** the Defendants pray for judgment as follows:

1. That the relief prayed for by Plaintiff be denied and an order determining that the Defendants are entitled to receive a discharge of Plaintiff's claim;

2. That Defendants be awarded costs; and

3. Such further relief as this Court deems just and equitable.

Dated: January 3, 2014        By:/s/ Carl H. Starrett II
                              Carl H. Starrett II, Esq., Attorney for DAVID PIMENTEL, JR. and ESTRELLA S. MEJIA-PIMENTEL

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone: (619) 448-2129**
**Facsimile: (619) 448-3036**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Julian McMillan for Plaintiff - julian@mcmillanlawgroup.com; mlgedfmail@gmail.com; and leslie@mcmillanlawgroup.com and I hereby certify that I have mailed by U.S. Postal Service the foregoing to the following non-CM/ECF participants: N/A.

Dated:  January 3, 2014                                  /s/ Carl H. Starrett II

**Carl H. Starrett II, Esq.**
**1941-C Friendship Drive**
**El Cajon, California 92020**
**Telephone:  (619) 448-2129**
**Facsimile:  (619) 448-3036**