TENTATIVE RULING

ISSUED BY JUDGE LOUISE DeCARL ADLER

Adversary Case Name:   RONALD E. STADTMUELLER v.
                       CHRISTINA MARIA MEJIA & SHANE ISON

Adversary Number:   13-90248

Case Number:        12-16535-LA7

Hearing:            10:30 AM   Thursday, March 6, 2014

Motion:             TRUSTEE'S MOTION FOR SUMMARY JUDGMENT FILED BY GARY B. RUDOLPH

Motion for Summary Judgment **GRANTED**.  Unopposed.  Court finds there is no genuine issue of material fact preventing summary judgment in favor of the trustee. On the petition date, record ownership of the property was vested in the debtor Estrella and her sister and brother Leticia Mejia and Miguel Mejia.  Defendant Christina Mejia had no recorded legal title to the property although she held an unrecorded quitclaim deed from debtor.

Pursuant to Sec. 544(a)(3) and applicable CA law, the trustee may assume the attributes of a bona fide purchaser so long as a hypothetical purchaser on the petition date would not have had constructive notice of Christina's interest.  In this case, the property is a "rental multi-family residence" so it would not have been apparent to the trustee on the petition date that there were circumstances giving rise to constructive notice of Christina's interest.  Accordingly, the trustee can avoid the conveyance.

As this motion is unopposed, if trustee has had no other communication from these pro per defendants indicating that they attend to appear at this hearing, trustee may notify the courtroom deputy and appearances will be excused.   In that event, Trustee to prepare ff/cl and a judgment on his claims.