UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---|---|
| **ADV:** | 13-90248 |
| | **RONALD E. STADTMUELLER VS CHRISTINA MARIA MEJIA & SHANE ISON** |
| **Debtor:** | DAVID PIMENTEL & ESTRELLA SOFIA MEJIA-PIMENTEL |
| **Case Number:** | 12-16535-LA7     **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 06, 2014 10:30 AM   DEPARTMENT 2 |
| **Bankruptcy Judge:** | LOUISE DeCARL ADLER |
| **Courtroom Clerk:** | KAREN FEARCE |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) PRE-TRIAL STATUS CONFERENCE (Fr 1/30/14)

2) TRUSTEE'S MOTION FOR PARTIAL SUMMARY JUDGMENT FILED BY GARY B. RUDOLPH

### Appearances:

KATHRYN MILLERICK, ATTORNEY FOR RONALD E. STADTMUELLER
GARY B. RUDOLPH, ATTORNEY FOR RONALD E. STADTMUELLER
RONALD STADTMUELLER, TRUSTEE
CHRISTINA MEJIA (TELE)
SHANE ISON (TELE)

### Disposition:

1) Hearing Continued to 5/22/14 at 2:00 p.m. Mr. Rudolph will email the interrogatories to the Defendants and they will have 5 days from the emails to respond.

2) Tentative Ruling of the Court is Affirmed only against Christina Maria Mejia. Trustee to lodge the order.